UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Raul Antonio CRUZ-Reynoso,<br><br>    Defendant. | Case No. 22MJ8363<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about May 29, 2022, within the Southern District of California, defendant Raul Antonio CRUZ-Reynoso, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Felix SOSA-Osorio, Santiago SOSA-Osorio and Cristian ALVARADO-Avivar, had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
MANUEL VIZCARRA
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 31st day of May, 2022.

_____
HON. MITCHELL D. DEMBIN
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Raul Reynoso CRUZ-Antonio

## PROBABLE CAUSE STATEMENT

I, Border Patrol Agent Alexis S. Elenes, declare under penalty of perjury, the following is true and correct:

This complaint is based upon statements in the investigative report by Border Patrol Agent (BPA) L Heipt, that on May 29, 2022, Raul Antonio CRUZ-Reynoso, a United States Citizen (USC), was arrested in Calexico, California while smuggling eight (8) undocumented aliens in violation of Title 8, United States Code, Section 1324.

On May 29, 2022, Border Patrol Agents assigned to the El Centro Sector Intelligence Unit's Field Intelligence Team (FIT) were conducting surveillance in Calexico, California. The FIT wears plain clothes and drives unmarked Service vehicles in order to blend in with the general public. FIT conducts surveillance and investigations on known smugglers and smuggling transportation cells operating in the Imperial Valley.

On this date, at approximately 5:10 p.m., Border Patrol (BPA) A. Garcia was observing traffic on Highway 98 west of Bonesteele Road. At this time, Calexico Border Patrol Agents were actively tracking a group of suspected illegal aliens south of this area. Calexico Border Patrol Agents had broadcasted over the service radio that they had observed wet foot sign exiting the northside of the All-American Canal. The All-American Canal in this area is approximately one-half mile north of the United States/Mexico International Boundary Fence. This area is beneficial to alien smugglers because of the

3

close proximity to Highway 98. Alien smugglers will often cross their illicit human cargo in this area and telephonically guide them to the All-American Canal where they will instruct them to enter the water, swim to the northside and hide in the reeds. While hiding, alien smugglers will telephonically coordinate with the driver that was hired to pick up the illegal aliens and instruct the driver to drive to the location that the illegal aliens are hiding so that the driver can pick up the illegal aliens without being detected by Border Patrol Agents. The All-American Canal is approximately one-half mile south of Highway 98 and is accessible by field roads that run north/south between Highway 98 and the All-American Canal. After the driver successfully picks up illegal aliens, the driver will often utilize Highway 98 to quickly get out of the area undetected by Border Patrol Agents.

While observing traffic in this area, BPA A. Garcia observed a white Chevrolet Silverado (Silverado) travelling northbound towards Highway 98 on the field road south of Bonesteele Road. Once at Highway 98, the Silverado began travelling westbound towards Highway 7. At this time, BPA Garcia was travelling eastbound on Highway 98. As BPA A. Garcia crossed paths with the Silverado, he observed that the driver of the Silverado had his right hand extended back into the back passenger's seat area and was moving his arm up and down in what appeared to be a motion instructing someone to keep their head down or to lay down. BPA A. Garcia relayed his observation to additional FIT Agents, performed a U-Turn and began travelling westbound on Highway 98 to catch up to the Silverado and begin mobile surveillance.

BPA A. Garcia kept constant visual on the Silverado as it travelled westbound on Highway 98, northbound on Highway 7 and merged onto the westbound lanes of Interstate 8. As the Silverado was travelling westbound on Interstate 8, BPA Garcia positioned his unmarked service vehicle behind the Silverado and contacted the El Centro Sector Radio Dispatch (840) to request the vehicle registration checks as well as stolen vehicle checks on the Silverado bearing California license plates. 840 stated that the vehicle was registered out of San Marcos, CA. This eliminated the possibility of the truck belonging to la local farmer or irrigator. Due to BPA Garcia's observations, the fact that the Silverado was in the area while Calexico Border Patrol Agents were currently tracking a suspected group of illegal aliens as well as the current trend of vehicles picking up illegal aliens at the All-American Canal, BPA Garcia believed that the Silverado was involved in alien smuggling and may have picked up the illegal aliens that Calexico Border Patrol Agents were tracking. After 840 notified BPA Garcia of the registration information and that the Silverado was not stolen, BPA Garcia activated the emergency lights and sirens of his unmarked service vehicle in an attempt to conduct a vehicle stop on the Silverado and perform an immigration inspection on all occupants inside of the Silverado.

After activating the emergency lights and sirens of his service vehicle, the Silverado slowed down to approximately 50 miles per hour and continued driving westbound on Interstate 8, disregarding the lights and sirens. Agent Garcia broadcasted that the vehicle was a Failure to Yield. As the Silverado approached the Bowker Road Exit, it became evident that the driver of the Silverado was attempting to evade him.

5

Once at the Bowker Road Exit, the Silverado exited Interstate 8 and merged onto the northbound lanes of Bowker Road. The Silverado travelled north for approximately 20 yards before pulling over to the shoulder. As the Silverado came to a complete stop, BPA Garcia watched as the front and rear passenger doors opened. One individual exited the front passenger's seat, three individuals exited the back passenger's seat and four individuals stood up in the bed of the Silverado. All eight individuals exited the Silverado and absconded from the vehicle stop. BPA Garcia watched as seven individuals ran north and one individual ran south towards Interstate 8. As the eight individuals were running away, BPA Garcia approached the driver, later identified as Raul Antonio CRUZ-Reynoso (CRUZ), who remained in the driver's seat of the Silverado.

BPA Garcia approached CRUZ with Border Patrol markings and insignia fully visible, identified himself as a Border Patrol Agent and questioned him as to his citizenship and involvement in alien smuggling. CRUZ remained in the driver's seat and would not answer BPA Garcia.

BPA Garcia secured CRUZ in handcuffs pending further investigation. As BPA Garcia secured CRUZ, he informed additional FIT Agents and Calexico Border Patrol Agents that he observed seven suspected illegal aliens abscond from the scene and run to the northside of a manure plant located on 1701 Bowker Road, El Centro, California and one individual abscond from the scene and run south towards Interstate 8 enforcement.

As additional FIT Agents arrived on scene, they began to track the footprints of the eight individuals that had absconded from the scene. FIT Agents and Calexico Border

6

Border Patrol Agents located the seven individuals who were hiding throughout the manure facility. One individual was found near I-8. The eight individuals were later identified as:

> Felix SOSA-Osorio,
>
> Santiago SOSA-Osorio,
>
> Cristian ALVARADO-Avivar,
>
> Jorge Luis DELGADO-Mosqueda,
>
> Adrian DOLORES-Deluna,
>
> Humberto HERRERA-Hernandez,
>
> Gerardo PAREDES-Osorio, and
>
> Pedro SIERRA-Vargas.

Border Patrol Agents who apprehended the above-named individuals identified themselves as Border Patrol Agents and questioned the eight individuals as to their citizenship. All of the above-named individuals admitted that they were Mexican citizens, without documents to be in the United States legally, and that they had entered the United States illegally. Each subject admitted he made the illegal entry by climbing the border fence or by walking through an area other than through a designated Port of Entry. The eight individuals were not give-up's and attempted to evade capture and elude inspection.

May 29, 2022, at approximately 7:40 p.m., Raul Antonio CRUZ-Reynoso, provided BPA A. Garcia with a statement in the Spanish language witnessed by BPA G. Cigarroa. CRUZ understood his rights and was willing to provide a statement without the presence of an attorney.

7

CRUZ stated he was born in San Jose, California on September 16, 1994, and is a United States Citizen. CRUZ also stated that he resides in Tijuana, Baja California.

CRUZ stated that on today's date a smuggler by the name of "EL NICA" offered to pay him 500 USD for each illegal alien that he smuggled. CRUZ stated that on today's date he crossed the border in a car and traveled to San Diego in order to rent a truck for the purpose of smuggling illegal aliens. Cruz stated that he was given a location near the Jack in the Box restaurant and was sent a location on his phone.

CRUZ stated that he did not know how many illegal aliens boarded his vehicle.

CRUZ indicated that he was to take the illegal aliens to El Centro, California.

Material Witness ALVARADO was provided with a six-pack photographic line-up and was asked if he recognized anyone in the line-up. ALVARADO was not able to positively identify the driver (CRUZ) from photographic line-up. ALVARADO stated that he was going to pay $8,500 USD to be smuggled into the United States.

Material Witness SOSA-Osorio Santiago was provided with a six-pack photographic line-up and was asked if he recognized anyone in the line-up. SOSA was not able to positively identify the driver (CRUZ) from photographic line-up. SOSA stated that he was going to pay to be smuggled into the United States But did not know how much. Material Witness SOSA-Osorio Felix was provided with a six-pack photographic line-up and was asked if he recognized anyone in the line-up. SOSA was not able to positively identify the driver (CRUZ) from photographic line-up. SOSA stated that he was not going to pay to be smuggled into the United States

The complainant states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Felix SOSA-Osorio | Mexico |
| Santiago SOSA-Osorio and | Mexico |
| Cristian ALVARADO-Avivar | Mexico |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

1 | Executed on May 30, 2022, at 11:00 a.m.

*Robert W. Daltorio*

ROBERT W. DALTORIO

BORDER PATROL AGENT

On the basis of the facts presented in the Probable Cause Statement consisting of 8 pages, I find probable cause to believe that the defendant named in this Probable Cause Statement committed the offenses on May 29, 2022, in violation of Title 8, United States Code 1324.

[signature]

HON. KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE

11:38 AM, May 30, 2022

DATE/TIME